**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
HEMMY SO (SBN 259374)
hso@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendants,
CAPITAL ONE BANK (USA), N.A. and
BLEIER & COX, LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniel Saltz,<br><br>Plaintiff,<br><br>v.<br><br>Bleier & Cox, LLP; Capital One Bank (USA), N.A.,<br><br>Defendants. | Case No. 11CV3050 IEG BLM<br><br>*Assigned to Courtroom. 1*<br>*The Hon. Irma E. Gonzalez*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: December 30, 2011 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that this case has been settled in its entirety. The parties request additional time to complete and execute a settlement agreement. The parties agree to file a Joint Motion for Dismissal within 60 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 30, 2012 for the filing of a Joint Motion for Dismissal.

DATED: March 1, 2012

**DOLL AMIR & ELEY LLP**

By: */s/ Hemmy So*
HEMMY SO
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On March 1, 2012, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULARMAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:**Icaused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 1, 2012, at Los Angeles, California.

Diana Kang

DOLL AMIR & ELEY LLP

## SERVICE LIST

Andrew Darrow Smith, Esq.
Joshua B. Swigart, Esq.
Hyde & Swigart
4129 Main Street, Suite B8
Riverside, CA 92501

T: (951) 784-7770
(619) 297-1022
Andrew@westcoastlitigation.com
josh@westcoastlitigation.com
*Attorneys for Plaintiff, Daniel Saltz*