Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
(951) 784-7770
(619) 297-1022

Attorneys for Daniel Saltz

HYDE & SWIGART
San Diego, California

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL SALTZ, AN INDIVIDUAL;**<br><br>PLAINTIFF,<br>V.<br><br>**BLEIER & COX, LLP; CAPITAL ONE BANK (USA), N.A.;**<br><br>DEFENDANTS. | **CASE NO.:** 11-CV-3050 IEG (BLM)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff **DANIEL SALTZ,** (hereinafter "Plaintiff") and Defendants **BLEIER & COX, LLP AND CAPITAL ONE BANK (USA), N.A.** (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;
2. The Parties to the litigation have entered into this Joint Motion.
3. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendants is memorialized in written settlement agreements, now fully executed by Plaintiff and Defendants;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

Dated: May 29, 2012 **HYDE & SWIGART**

_/s/ Andrea Darrow Smith__
Andrea Darrow Smith
Attorney for Plaintiff

Dated: May 29, 2012 **DOLL AMIR & ELEY LLP**

_/s/ Hunter R. Eley_____
Hunter R. Eley
Attorney for Defendant

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter R. Eley, counsel for Defendant, and that I have obtained Mr. Eley's authorization to affix his electronic signature to this document.

Dated: May 29, 2012 **HYDE & SWIGART**

/s/Andrea Darrow Smith
Andrea Darrow Smith
Attorneys for the Plaintiff